IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JULIE CRUZ SANTANA**, in representation of Diogene Fermin Fernandez,<br><br>  Petitioner,<br><br>  v.<br><br>**REBECCA GONZÁLEZ RAMOS; <u>ET AL.</u>**,<br><br>  Respondents. | CIVIL NO. 26-1036 (PAD) |

**JUDGMENT**

Delgado-Hernández, District Judge.

In accordance with the Memorandum and Order issued today (Docket No. 30), judgment is hereby entered dismissing the petition.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of February, 2026.

s/Pedro A. Delgado-Hernández<br>
PEDRO A. DELGADO-HERNÁNDEZ<br>
United States District Judge